UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALENTIN REID, on behalf of himself and all others similarly situated,

_____,

       Plaintiff(s)

    -against-

PINK DOLPHIN, INC.,
_____,
      Defendant(s).

-------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

19 **CV** 07365  **(** AT **)**

__VALENTIN REID__ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to __28 U.S.C. 1331 and 42 U.S.C. 12181__.

3. The time for defendant(s), __PINK DOLPHIN, INC.,__ to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), __PINK DOLPHIN, INC.,__ has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) __PINK DOLPHIN, INC.,__ to answer or otherwise move has not been extended.

5. That defendant(s) __PINK DOLPHIN, INC.,__ is not an infant or incompetent. Defendant(s) __PINK DOLPHIN, INC.,__ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff  VALENTIN REID  requests that the default of defendant(s)  PINK DOLPHIN, INC.,  be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 11/14/19                                                By: /s/ David Force
                                                                                            David Force, Esq.
                                                                                            dforce@steinsakslegal.com
                                                                                            285 Passaic Street
                                                                                            Hackensack, NJ 07601